ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 1



**FILED**
FEB 9 - 2018
DAVID CREWS, CLERK
BY_____
Deputy

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI

WENDELL DUNCAN
_____
**Plaintiff**

v.

Mississippi Department of Corrections,
M.D.O.C. Pelisha Hall, Dr. Suan Santos, CO-Scott, Shirley Harris,
Mary Mr Jones  **Defendant**  ET AL.)

CASE NO.  4:18CV18-MPM-JMV

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Wendell Duncan

   B. Name under which sentenced: Wendell Duncan

   C. Inmate identification number: 32726

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): U/30-C Parchman, MS

   E. Place of confinement: 38738

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Pelisha Hall

   Title (Superintendent, Sheriff, etc.): Commissioner

   Defendant's mailing address (street or post office box number, city, state, ZIP): 633 North State Street Jackson, MS 39202

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                PAGE 2

Name: _Doctor Juan Santos_

Title (Superintendent, Sheriff, etc.): _Doctor_

Defendant's mailing address (street or post office. box number, city, state, ZIP) _unit-42-Hospital_ _Parchman, MS 38738_

Name: _officer scott_

Title (Superintendent, Sheriff, etc.): _officer_

Defendant's mailing address (street or post office box number, city, state, ZIP) _unit-29_ _Parchman, MC 38738_

Name: _Mary Jones officer_

Title (Superintendent, Sheriff, etc.): _Captain_

Defendant's mailing address (street or post office box number, city, state, ZIP) _unit-29_ _Parchman MS 38738_

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☑ Yes  ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _Wendell Duncan_

   Defendant(s): _Joann Shivers_

   B. Court: _Southern District Court_    C. Docket No.: _1:16-CV-W05_

   D. Judge's Name: _Halil S. Ozerden_    E. Date suit filed: _2-16-16_

   F. Date decided: _5-23-2016_    G. Result (affirmed, reversed, etc.): _Dis. with Prejudice_

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes  ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes  ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☒ Yes    ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☒ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

(SEE ALL DOCUMENTS ATTACHED)

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

(SEE ALL DOCUMENTS ATTACHED)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

    ( Grievance System Used ),

9.  Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

The Plaintiff, Who Suffer from diabetes Mellitus, a complex Chronic illness With disabling long-term consequences, Duncan is receiving inadequate medical care by the medical staff of the Mississippi Department of Corrections, the Commissioner Was inform of this action by way of an emergency Administrative Remedy, dated 1-2-2018, see Copy attached for Proof, this action constitutes Cruel and unusual Punishment for Duncan to be denied adequate medical care for diabetes were a serious risk of substantial harm, and even death, as the result of the inadequate medical care that the department of Corrections Provides, a diabetes suffer blurry vision, diabetic retinopathy, amputations of the Toes, possible Kidney damage recurrent hypoglycemial (low blood Sugar) dizziness and pain, the lack of treatment exposes Duncan to the risk of blindness, amputations of feet and legs, Kidney failure, Nerve damage, Preumonia, Strokes, heart attack and death, Duncan has filed a ARP for officer Scott, Capt Mary Jones And Lt. Shirley Harris, denying Duncan to keep his medical issues for his sickness, See Copy of ARP, dated, 12-29-2117 See the answer to ARP, dated, 12-29-2017, this ARP Was rejected by the director of ARP is, See this document as Exhibit - 1-11-18, Duncan is in "imminent Danger" from the

PAGE 5

Above Stated action of being denied all the above, alone with denied a special Tray for a diabetes, alone with denied a pair of orthopedix Foot wear, see all ARP's, attached of this action Duncan has taken, to Corrected this action of "Imminent danger" See Exhibit 9-14-2015, Duncan begained this treatment.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I requestes relief under 18 USCA § 3626, Prospective Relief, Preliminary induction, Preliminary relief, Prisoner release order, Punitive Damages, Future Damages and Demand For Trial With Attorney fee, the defendants are being sued in their individually and officials capacity as correction officers. for the state of mississippi.

This complaint was executed at (location): ___2-6-2018___
and I declare or Certify or Verify or State under Penalty of Perjury that this Complaint is true and Correct.,
___2-6-2018___                ___Wendell ____ 3226___
DATE                         Plaintiff Signature

193 L.Ed.2d 241, 84 USLW 3196

136 S.Ct. 334
Supreme Court of the United States

Wendell DUNCAN, aka Wendell
Avery Duncan, petitioner,
v.
MISSISSIPPI.

No. 15–5726.
|
Oct. 13, 2015.

**Synopsis**
Case below, 170 So.3d 579.

**Opinion**
**\*335** Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

**All Citations**

136 S.Ct. 334 (Mem), 193 L.Ed.2d 241, 84 USLW 3196

---

**End of Document** © 2018 Thomson Reuters. No claim to original U.S. Government Works.

## QUESTION #9

## ATTACHMENT SHEET

Duncan has a pain in his left leg, thats been Paining before he became a diabetic, He has requested and requested for treatment, he has not received no medical relief yet, alone with Duncan has Cataracts in his eyes, Duncan has been without glasses for 2 months, He has not received his glasses or saw the eye doctor for some glasses, Duncan is Surely in "imminent danger" with his eyes and is a diabetes.

Duncan is receiving inadequate medical care, that constitutes cruel and unusual Punishment in violation of the Eight Amendment, that Could Cause Duncan blindness And Death, this is "imminent danger".

2-6-2018
DATE

Wendell Jean #32726
Unit 30-C
Parchman, MS
38738

DATE: 1-2-2018

TO: Commissioner Pelisha Hall
    633 North State Street
    Jackson, MS 39201

FR: Mr. Wendell Duncan #32726
    U/30-C
    Parchman, MS 30738

COPY

This is A Request for Administrative Emergency Remedy

Request
I.

Duncan is suffering from diabetes Mellitus, a complex chornic illness with disabling long-term consequences, Duncan is receiving inadequate medical care by Doctor Juan Santos, He can not see he can only go by what the nurses tell him, this action constitutes cruel and unusual punishment for Duncan to be denied adequate medical care for diabetes were a serious risk of substantial harm and even death, as the result of the inadequate medical care, that the department of Corrections provide a diabetic, suffer blurry vision, nerve damage, strokes, heart attacks and death behind this inadequate medical care

1.

## Relief Requested

A. Order the doctors to stop disregarding medical treatment for my diabetes illness

B. If I Wendell Duncan receive further denied treatment for his diabetic, he will receive any and all damages for the denied treatment for diabetes.

C. Duncan is requesting Prospective Relief, Preliminary Relief, Prison Release order, So Duncan can receive his medical care for any And all Sickness with diabetic.

1-2-21,18
_____
DATE

Wendell Dana #32726

2.

Dec. 12-21-2017

To: ARP's Director Richard Pennington

    P.O.Box 609

    Parchman, Ms 38738

Fr: M Wendell Duncan 32724

    4/30-C

    Parchman, Ms 38738

Copy

This is A Request for A Administrative

Remedy

I

On the 11-29-2017, upon transfering from unit-29 to unit-30, officer Scott alone with Super-visor Mary Jones was Shaking down inmates pro-perty, When officer Scott alone with Supervisor Jones discarded a lot of Personal things alone with medical Needed things, like Knee Braces for both of my Knees and T.O. Hoes and A bandger, I Shown both of them, I got 18 pins in my leg, either one Never excepted that and gave my Medical issuers back.

1.

## I I.

Officer Scott and Capt Mary Jones, discarded some of my legal documents and mixed them up, as I look for some of my documents needed in my pending case, I can not find the documents, they were some of the paper-work was discarded, this action placed me in "imminent danger", because these documents are needed and I can not pay for them from the court or receive a copy of some of the documents, some of the paper-work was ready for the court, but it was discarded.

## I I I.

I informed Capt. Mary Jones, that she knows me from unit -32- A-Building were she worked at and she knows, I will write her-up, she saided you have never won anything, I am not worry about you, then came Shirley Harris, she saided, yes we

2.

Will cho you like that, because Duncan you will not win anything, I beat you in Court, when you had me in Court that time, I saided okey then She Saided, them boys are Waiting on you when you get out too Wardell, I Saided, What boys, She Saided My Boys.

<u>Relief Requested</u>

A. I am requesting to be Compensated for the above in the sum of 2,500 from all the above officess.

B. I am requesting officer Scott, be relieved of her Job for her actions, of knowing what She was doing and did it because She was a officer and I was a inmate, She was in control.

C. I would like capt. Jones, to pay for her actions as the Supervisor of these officess I would like 2,500.00 from her for my legal document being discarded by the officers

3.

D. I am requesting Lt. Shirley Harris pay for her retaliation in the Sum of $100,000,000,000.00 and What She Saided about the Court and When I am released, that's "emminent danger" She has put me in with her remark.

12-29-2017
DATE

Wendell Duncan
4/80-C

COPY

4.

CODE:  700                                              ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### MSP-18- 0012

First Step Respondent:  **N/A**
      Location:

# REJECTED

Offenders' Name and No:  WENDELL DUNCAN #32726
      Unit: **30C**

Date of incident:  **11/29/2017**                      OT-159

---

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director.  See the attached request from the offender.  **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

    ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

    ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

    ☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request:     Incident happened on _; received in this office on _.

    ☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:     Incident happened on _; received in this office on _.

    ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

    ☒ Other: Relief is beyond the power of ARP to grant.

_____          1/11/18
Director of Administrative Remedy Program          Date

[ EXHIBIT 1-11-18 ]

## Mississippi Department of Corrections
# Medical Service Request Form

**Section 1. To be completed by the inmate**

**Type of Request (mark with "x")**

| | | |
|---|---|---|
| ✓ **Medical** | _____ **Dental** | _____ **Psych** | _____ **Medication Refill** |

Date & Time Stamp-Received by Medical

Inmate Name **Wendell Duncan**　　MDOC Number **32726**

Date **1-16-2018**　　Location (Facility, Bldg, Zone) **MSP U/30- A #100**

Service Requested: (To better serve you, please be as specific as possible)

**When will I, be treated for this diabetic Nerve Pain, Where I been having 4 years? FOLLOW-up**

I understand a Co-Pay will be applied, as noted in the Inmate Handbook and MDOC policy. My refusing to be seen for a scheduled visit will result in an RVR.

Inmate Signature **Wendell Duncan**　　MDOC Number **32726**

---

**Section 2. Medical Services**

_____ Weight　_____ Temp　_____ B/P　_____ Pulse　_____ Resp.　_____ O$_2$Sat.

Subjective _____

_____

Objective _____

_____

_____

Assessment _____

Plan _____

Referral to:　Mid Level ☐　Physician ☐　Dental ☐　Mental Health ☐　NA ☐

_____　_____　_____
Signature of Medical Personnel　Title of Medical Personnel　Date

---

**Section 3. Co-Pay (Mark appropriate box with X)**

☐　Sick Call Charge (Inmate initiated non-emergency visit for Medical, Dental, or Mental Health $6.00)

☐　No show for Sick Call Visit ($6.00)
☐　No show for Chronic Care Clinic ($6.00)
☐　No show for On-Site Specialists Visit ($10.00)
☐　No show for Off Site Visit ($10.00)

☐　No Charge - Reason for no charge_____

_____　_____　_____　_____
Inmate or Witness Signature　Inmate MDOC#　Medical Personnel Printed Name & Initials　Date of Service

Rev. 10/10/17

Comm Delisha Hall          Date: 1-1-2018

TO: ARP's Director Richard Pennington

P.O. Box 609

Parchman, MS 38738

FR: Mr. Wendell Duncan # 32726

430-C

Parchman, MS 39738

Copy:

# THIS IS A REQUEST FOR A ADMINISTRATIVE REMEDY

## STATEMENT OF THE CASE

### I.

ON the 12-12-2017, I was called to unit 30- Clinic for a Sick-call, Duncan requested to see the doctor for a, New pair of diabetic Shoes, Because it has been a year and the Shoes has wore-out.

### II.

Dr. Santos denied me the Shoes, Saying my health was good and I did not, Need any Shoes, I Saided Dr. Santos my Shoes has wore-out. He still would not order me

over↘

1

another pair.

## Relief Requested

A. I am requesting another pair diabetes shoes like all other diabetes.

B. I would like this relief at the first step response, Because I am in "imminent danger" for these shoes and I dismissed my other ARPs for this ARP to start with relief at the first step re-sponse.

1-9-2018
DATE

Wendell Dumeen #32726
4/30 - C
Parchman. MS
38738

2.



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**COMMISSIONER**

**AUDREY MCAFEE**                                                **ADMINISTRATION**
**DEPUTY ADMINISTRATOR**                                          **(601) 359-5636**

January 10, 2018

Inmate:        Wendell Duncan #32726
   Unit:        30C

RE:              Emergency Request

You filed a complaint to the Administrative Remedy Program requesting emergency review of your complaint. Emergency grievances shall be defined as matters regarding which disposition according to the regular time limits would:

   (a)       subject the inmate to a substantial risk of personal injury;
   (b)       cause other serious and irreparable harm to the inmate; or
   (c)       remove the attainability of the requested action.

I do not find that this issue meets the criteria for emergency review so I am returning it to you for submission as a regular ARP for consideration.

You will have five (5) days from the receipt of this response to submit your issue to the ARP department at your housing facility, for consideration, as a non-emergency issue.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

Pc: RP
   File

633 NORTH STATE STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MEDICAL/DENTAL DEPARTMENT

TO: Wendell Dunican _____

MDOC# / UNIT: 32712G   38 C

FROM:   INMATE
        CLINIC

SUBJECT:   SICK CALL REQUEST SUBMITTED   1/24  X 2

**Your request in being returned for one or more of the following reasons:**

— Multiple departments- Medical, Dental, Psychiatry are separate departments and you may only request the service of only one department per sick call request.

— Antibiotics are not refilled. You must place a sick call request to be seen by a provider for a specific request.

— Narcotics are not refilled. You must place a sick call request to be seen by a provider for a specific request.

— Creams, ointments, lotions, and shampoo are not refilled. You must place a sick call request to be seen by a provider for a specific request.

— Continuation of your medication(s) _____ require that you be re-evaluated. An appointment has been made. You will not receive medication until you are re-evaluated.

— If your labs/x-rays are abnormal, you will be scheduled for a routine follow up appointment. Any chronic care labs/x-rays will be discussed with you at your next chronic clinic visit.

— You need a specific complaint on your sick call request.

X OTHER: _Seen + treated by provider on 1/26/18._

_____

_____ (signature)

SIGNATURE OF MEDICAL STAFF MEMBER



# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MEDICAL/DENTAL DEPARTMENT

TO: _Wendell Duncan_      _32726    30 C_

       INMATE            MDOC# / UNIT

FROM:     CLINIC

SUBJECT:    SICK CALL REQUEST SUBMITTED _12/28_

Your request in being returned for one or more of the following reasons:

— Multiple departments- Medical, Dental, Psychiatry are separate departments and you may only request the service of only <u>one</u> department per sick call request.

— Antibiotics are not refilled. You must place a sick call request to be seen by a provider for a specific request.

— Narcotics are not refilled. You must place a sick call request to be seen by a provider for a specific request.

— Creams, ointments, lotions, and shampoo are not refilled. You must place a sick call request to be seen by a provider for a specific request.

— Continuation of your medication(s) _____ require that you be re-evaluated. An appointment has been made. You will not receive medication until you are re-evaluated.

— If your labs/x-rays are abnormal, you will be scheduled for a routine follow up appointment. Any chronic care labs/x-rays will be discussed with you at your next chronic clinic visit.

— You need a specific complaint on your sick call request.

✓ OTHER: _Seen by Provider on 12/21, "No indication for knee brace."_

_D. Cr___ _____

SIGNATURE OF MEDICAL STAFF MEMBER

# MEDICAL FOLLOW-UP FORM

NAME _Duncan Wendell_ MSP# _3 2726_ UNIT _D2_ DATE _4/21/06_

LAY-IN _Assumed Care_

CHANGE IN WORK CLASS _Wears brace on (R) leg_

RETURN APPT. ___ DATE ___

___ DATE ___

PROCEDURE _Wendell Duncan_
_Assumed care_
_4/21/06_
_RL_

DR. ___

7720 Rev 04/04

DATE 1-9- 2018

To: ARP'S R. Pennington
     P.O. Box 609

COPY

Fh: Mr. Wendell Duncan #32726
     U36-C

## EMERGENCY

## THIS IS A REQUEST FOR A-DMINISTRATIVE REMEDY

## STATEMENT OF THE CASE

I,

I am a diabetic And I Need me I pair of State issued Shoes, I have not received I pair since I been housed here in MSP, the Shoe I have now Are hurting my Feet this is "imminent danger."

## Relief Requested

As I would like I pair of State issued Shoe my size issuer.

1-9-2018
DATE

Wendell Dun #32726
U36-C

**South Mississippi Correctional Institution**
22689 Highway 63 North PO Box 1419 Leakesville, MS 3945?
Phone: 601-394-5600 x-1357   Fax: 601-394-4898

*September 14, 2015*
Page 1

**Patient Information For:** WENDELL DUNCAN    **MDOC#:** 32726
**Housing Loc:** SMCI, SMCI 1, BLD 10, ZONE B, BED 0153
**Diabetes**

*✱ Metformin 500mg*
*1 tablet - 2 times*
*a day*

# DIABETES

## What is Diabetes?

It's a condition that makes it hard for the body to convert
food into energy. This happens when an internal organ called
the **pancreas** doesn't operate normally. It doesn't produce
enough **insulin** that the body needs to change the food we eat
into sugar (**glucose**) that give us energy.

*✱ Accuchecks*
*twice a day*

There are several forms of diabetes. People with **Type 1
diabetes** do not produce any insulin. They have to receive
insulin for the rest of their lives. People with **Type 2 diabetes**
have a pancreas that makes either not enough insulin or has
trouble using the insulin it does make. Both of these
conditions cause people to have **high blood sugar.** High blood
sugar is the key sign in untreated diabetes.

## Could You Have Diabetes?

Diabetes can cause the following symptoms:

- Intense thirst
- A frequent need to urinate
- Extreme hunger
- Rapid weight loss
- Nausea or vomiting
- Blurred vision
- Pain, numbness or tingling in the hands or feet
- A lack of energy

See your health care provider if you have any of these
symptoms.

## Are You At Risk?

Type 1 diabetes usually begins at an early age. This is
typically an inherited condition and there are no known ways
to prevent Type 1 diabetes.

*"EXHIBIT - 9-14-2015"*

**South Mississippi Correctional Institution**
22689 Highway 63 North PO Box 1419 Leakesville, MS 39451
Phone: 601-394-5600 x-1357   Fax: 601-394-4898

**Patient Information For:** WENDELL DUNCAN    **MDOC#:** 32726
**Housing Loc:** SMCI, SMCI 1, BLD 10, ZONE B, BED 0153

# Diabetes

On the other hand, Type 2 diabetes has several risks factors.
Some of these risk factors are genetic so you have little
control over them. These include:

- Age—If you're over 45, you have a greater risk.
- Heredity—If a parent of sibling has diabetes, you have a greater
  chance of developing the disease.
- Ethnicity—There are some minority groups that are at higher risk
  than others, for reasons that are unknown. These groups include
  African-Americans, Asians, Hispanics and Native Americans.

## Risk Factors You Can Control

Even though you may have a higher risk because of your age,
ethnicity or heredity, you can lower your risk in the following
ways:

- Exercise regularly
- Lose weight
- Eat more healthfully (eat fewer carbohydrates, fat, and sugar and
  eat more fiber)

## How Can I Manage Diabetes?

If you have diabetes, it is possible to control it through diet
and exercise. If your blood sugar levels are still too high, you
may have to take medication to lower it. Medication is <u>not</u> a
substitute for healthy eating, weight control, and exercise.

## Medications

There are two types of medications used to control high blood
sugar levels:

## Insulin

Insulin is an injected drug and is always prescribed for Type 1
diabetes. It can also help with Type 2 diabetes. A health care
provider will prescribe this medication and tell you how often
to take it.

**South Mississippi Correctional Institution**
22689 Highway 63 North PO Box 1419 Leakesville, MS 39451
Phone: 601-394-5600 x-1357   Fax: 601-394-4898

*September 14, 2015*
Page 3

**Patient Information For:** WENDELL DUNCAN    **MDOC#:** 32726
**Housing Loc:** SMCI, SMCI 1, BLD 10, ZONE B, BED 0153

## Diabetes

### Pills

Diabetic pills may be prescribed for Type 2 diabetes. Sometimes, these pills, either alone or when used with other treatments, may lower your blood sugar too much. Be sure to test your blood sugar regularly and let your doctor know if you often have blood sugar that is too low.

## Low and High Blood Sugar

### Blood Sugar Can Fall

If you use medications to help you control your blood sugar, your blood sugar level may drop too low from time to time. This can be caused by:

- Eating less or later than usual
- Being more active than usual
- Taking too much medication

Low blood sugar can make you feel shaky, sleepy, sweaty, irritable, confused, hungry, dizzy, or restless during nighttime sleep.

Treatment: Drink or eat something sugary or sweet (hard candy, fruit juice, etc.) right away.

### Blood Sugar Can Rise

Blood sugar can also rise in any person with diabetes. This can be caused by:

- Eating too much food
- Being less active than usual
- Being ill or under stress
- Taking too little medication

Treatment: Drink water or other sugarless fluids – and see a health care provider right away.

## Living with Diabetes

- Understand diabetes and know its symptoms.
- Have regular check-ups – especially if you are at higher risk.

**South Mississippi Correctional Institution**                    *September 14, 2015*
22689 Highway 63 North PO Box 1419 Leakesville, MS 39451              Page 4
Phone: 601-394-5600 x-1357   Fax: 601-394-4898

**Patient Information For:** WENDELL DUNCAN        **MDOC#:** 32726
**Housing Loc:** SMCI, SMCI 1, BLD 10, ZONE B, BED 0153

## Diabetes

- Maintain a healthy balance between healthy eating, exercise and weight control.
- Monitor your blood sugar levels.

If you have diabetes, it is very important to keep your blood sugar levels within a normal range. If you have further questions, talk to your health care provider.

This handout was adapted from the following sources:

"Frequently Asked Questions. Facts About Diabetes." Center for Disease Control, National Center for Chronic Disease Prevention and Health Promotion. October 14, 2004. http://www.cds.gov/diabetes/faq/basics.htm (accessed Dec.16, 2004)

"The Facts About Diabetes." Net Wellness®, Consumer Health Information. September 14, 2004. http://www.netwellness.org/healthtopics/diabetes (accessed Dec. 29, 2004)

"Diabetes." Arizona Department of Corrections, Inmate Wellness Program. April 2, 1996.

*ENDING PAGE*
*"EXHIBIT 9-14-2015"*

Mr. Wendell Duncan # 33726
41 30-C
Parchman, MS
38738

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MS 38738
THE ENCLOSED LETTER WAS NEITHER OPENED
NOR INSPECTED. IF THE WRITER ENCLOSES ANY
MATERIAL NOT PERTAINING TO LEGAL
ENCLOSES CORRESPONDENCE, OR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLO-
SURE TO THE ABOVE ADDRESS

RECEIVED
FEB 09 2018
UNITED STATES DISTRICT COU
___RN DISTRICT OFF___

Pro Se Law Clerk, U.S. District Court
301 W. Commerce St. #13
Aberdeen MS
39730

U.S. POSTAGE >> PITNEY BOWES
ZIP 38738 $ 002.05°
02 4W
0001376701 FEB 08 2018