IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WENDELL DUNCAN**      **PLAINTIFF**

v.      **No. 4:18CV18-JMV**

**PELICIA HALL, ET AL.**      **DEFENDANTS**

**ORDER**

This matter is before the court, *sua sponte*, for consideration. Wendell Duncan, an inmate in the custody of the Mississippi Department of Corrections, has submitted a complaint *pro se* pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis*. As a result of a host of frivolous or meritless case filings, by order of this court dated February 12, 1997, in, *Duncan v. Dawson, et al.*, cause number 4:96CV190, Wendell Duncan was barred from filing *in forma pauperis* cases pursuant to 28 U.S.C. § 1915(g). He has also been sanctioned in several other cases, resulting in sanctions totaling at least $650.00. *Duncan v. Armstrong*, 4:01-mc-00005-JAD. Indeed, he is prohibited from filing "any further matters in this court until the sanctions which now total $650.00 have been paid." *Id*. Mr. Duncan has not provided proof that the sanctions have been paid. **It is ORDERED** that this case **DISMISSED**.

**SO ORDERED**, this, the 9th day of April, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE